UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
Santana

             **plaintiffs**

      V.S.                            Order of Discontinuance

                                         05-cv-4535 (ENV) (RER)

Alante Security Group, Inc., et al

             **defendants**
- - - - - - - - - - - - - - - - - - - - -x

**VITALIANO, D.J.**

The Court having been advised that this action has been settled,

Therefore, it is ORDERED and ADJUDGED that this action is discontinued without cost and without prejudice to the right to reopen the action if the settlement is not consummated.

           **SO ORDERED**

DATED:    Brooklyn, New York
              April 25, 2006

                                          _/s/_
                                     **ERIC N. VITALIANO,**
                                     **United States District Judge**